In the Matter of the Accounting of MANUFACTURERS AND TRADERS TRUST COMPANY, as Trustee under the Will of HENRY HABER, Deceased, Respondent. EDDA WIMPFHEIMER et al., Respondents; BELLA STERN, Appellant.

Argued November 25, 1953; decided January 15, 1954.

*Robert R. Slaughter* and *Arthur B. Hyman* for appellant.

*George W. Percy* for Edda Wimpfheimer and others, respondents.

Decree affirmed, with costs to respondents payable out of the trust estate; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.